UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK A. BROWN,<br>　　　Plaintiff,<br>　　v.<br>B. TUBBS, et al.,<br>　　　Defendants. | Case No. 18-CV-06893-LHK<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br>Re: Dkt. No. 39 |

Plaintiff, a California state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. On March 20, 2019, the court directed defendants to file a dispositive motion or notice that such motion is unwarranted. Dkt. No. 5. Defendants M. Douglas, C. Case, and A. Deere waived their right to file a dispositive motion and requested a jury trial. Dkt. No. 38.

Counsel for defendants subsequently moved for an extension of time until August 20, 2019, to file a dispositive motion.[1] Dkt. No. 39. Counsel urges this extension is necessary to properly investigate plaintiff's claims before determining whether to file a dispositive motion. *Id.*

---

[1] Counsel appears to represent all defendants. Dkt. No. 39. However, in light of the waiver filed by defendants M. Douglas, C. Case, and A. Deere, it appears the extension is requested on behalf of defendants M. Stouffer, G. Abdullah, J. Robertson, B. Tubbs, A. Escobar, C. Hamilton, and B. Chaucer. *Compare* Dkt. No. 38 *with* Dkt. No. 39.

1

Case No. 18-CV-06893-LHK
ORDER GRANTING MOT. FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOT.

Having read and considered the motion for an extension of time, and for good cause appearing, the motion is **GRANTED**. Therefore, defendants M. Stouffer, G. Abdullah, J. Robertson, B. Tubbs, A. Escobar, C. Hamilton, and B. Chaucer shall file a dispositive motion **on or before August 20, 2019**. Plaintiff's opposition to the motion shall be filed **no later than twenty-eight (28) days** from the date the motion is filed. Defendants M. Stouffer, G. Abdullah, J. Robertson, B. Tubbs, A. Escobar, C. Hamilton, and B. Chaucer shall file a reply no later than **fourteen (14) days** after the opposition is filed.

Defendants are advised that no further extension of time to file a dispositive motion shall be granted.

This order terminates docket number 39.

**IT IS SO ORDERED.**

DATED: 6/27/2019

LUCY H. KOH
UNITED STATES DISTRICT JUDGE

2

Case No. 18-CV-06893-LHK
ORDER GRANTING MOT. FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOT.